# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
*September 17, 2021*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br><br>Veronica Sue GARZA Y.O.B: 1985<br>Citizenship: United States<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )<br>Case No. 7:21-mj-1980-1 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 16, 2021__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841 | Knowingly and intentionally possess with the intent to distribute approximately 5.39 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
Continued on the attached sheet and made part of this complaint:

☑ Continued on the attached sheet.

/s/ J. Michael Salinas
*Complainant's signature*

J. Michael Salinas / HSI Special Agent
*Printed name and title*

Sworn to and executed by reliable electronic means, and attested telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Approved by AUSA Sarina DiPiazza

Date: September 17, 2021 at 7:04 a.m.

City and state: McAllen, Texas

*Judge's signature*

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

**Attachment "A"**

On September 16, 2021, a uniformed City of Alamo, Texas, Police Officer conducted a traffic stop on a red Chevrolet Avalanche after observing the driver commit multiple traffic violations. The traffic stop was conducted on the 1200 block of E. Expressway in Alamo, Texas and during the course of the traffic stop, consent to search the vehicle was given by the driver, identified as Veronica Sue GARZA. A subsequent search of the vehicle revealed a large diaper box located in the back seat of the vehicle, behind the drivers' seat, that contained five (5) bundles of a white powdery substance which field tested positive for the properties of cocaine.

Following the discovery of the cocaine, Homeland Security Investigations (HSI) Special Agents (SAs) were contacted for investigative assistance and conducted an interview of GARZA at the HSI Office in McAllen, Texas. During the interview, GARZA admitted to knowledge that she was in possession of cocaine and further stated that she agreed to transport the cocaine for monetary compensation. GARZA stated that she was going to be paid approximately $6,000 in US currency to transport the cocaine from the Rio Grande Valley to a destination further into the United States.

The total weight of the cocaine seized was approximately 5.39 kilograms.